# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

WILSON EARL LOVE,

        Plaintiff,

vs.

STATE OF NEVADA,

        Defendant.

Case No. 2:15-cv-01306-APG-GWF

**ORDER**

        This matter is before the Court on Plaintiff's Motion to Amend Relief (#9), filed on August 10, 2015.

        Plaintiff moves to amend his claims for relief. Plaintiff provides the Court only with the amended claims for relief, and not an amended complaint. Local Rule 15–1 requires that an amended complaint be complete in itself without reference to any prior pleading. Therefore, in order to amend his complaint, the Plaintiff must submit a complete amended complaint, rather than simply a selection of amended sections. Accordingly,

        **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Relief (#9) is **denied** without prejudice.

        **DATED** this 24th day of August, 2015.

        *George Foley Jr.*
        GEORGE FOLEY, JR.
        United States Magistrate Judge