# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WILSON EARL LOVE,

    Plaintiff,

vs.

STATE OF NEVADA,

    Defendant.

Case No. 2:15-cv-01306-APG-GWF

**ORDER**

    This matter is before the Court on Plaintiff's Motion for Consideration Until Resolve or Summary Judgment (#15).

    Plaintiff's Motion to Amend (#11) is currently pending and will be decided in due course. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Consideration until Resolve or Summary Judgment is **denied** without prejudice.

    **DATED** this 23rd day of December, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge