# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WILSON EARL LOVE,  )
        Plaintiff,  )  Case No. 2:15-cv-01306-APG-GWF
          )
vs.  )  **ORDER**
          )
STATE OF NEVADA,  )
        Defendant.  )

      This matter is before the Court on Plaintiff's Application to Proceed in Forma Pauperis (#5), filed on July 17, 2015.

      On July 10, 2015, Plaintiff paid the civil filing fee of $400 dollars to commence litigation in this matter. *See Receipt* (#2). Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in Forma Pauperis (#5) is **denied** as moot.

      **DATED** this 23rd day of December, 2015.

                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge