# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILSON EARL LOVE,

    Plaintiff,

vs.

STATE OF NEVADA,

    Defendant.

Case No. 2:15-cv-01306-APG-GWF

**ORDER**

This matter is before the Court on Movant Ladale Ann Love's Motion to Add a Second Party (ECF No. 30), filed on January 20, 2017.

Movant Ladale Ann Love requests leave to be added as a party to this matter. The Court does not find that good cause exists to add movant as a party to this matter. Accordingly,

**IT IS HEREBY ORDERED** that Movant Ladale Ann Love's Motion to Add a Second Party (ECF No. 30) is **denied**.

DATED this 31st day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge