# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILSON EARL LOVE, | ) |
| Plaintiff, | ) Case No. 2:15-cv-01306-APG-GWF |
| vs. | ) **ORDER** |
| STATE OF NEVADA, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion to Exempt (ECF No. 32), filed on January 30, 2017.

Plaintiff requests that he be exempt from state taxes for the duration of his life. *See Motion* (ECF No. 32), pg. 1. Plaintiff's Complaint alleges that the State of Nevada and Stewart L. Bell violated his 4th, 5th, 6th, 14th Amendment rights, but does not contain factual allegations to support his claims. There does not appear to be a basis for Plaintiff's request and the Court, therefore, denies his motion without prejudice to the extent that Plaintiff can reasonably show that his request is a dispositive remedy in this action. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Exempt (ECF No. 32) is **denied** without prejudice.

DATED this 7th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge