# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILSON EARL LOVE, ) | |
| Plaintiff, ) | Case No. 2:15-cv-01306-APG-GWF |
| vs. ) | **ORDER** |
| STATE OF NEVADA, ) | |
| Defendant. ) | |

    This matter is before the Court on Plaintiff's Motion to Delete Stewart L. Bell from the Complaint (ECF No. 34), filed on February 23, 2017.

    Plaintiff requests that Defendant Stewart L. Bell be deleted from his Complaint filed on July 17, 2015. Upon review and consideration, the Court grants Plaintiff's motion to delete Defendant Bell from his Complaint, which will be treated as a dismissal of claims against Defendant Bell. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Delete Stewart L. Bell from the Complaint (ECF No. 34) is **granted**.

    DATED this 10th day of March, 2017.

                                                             GEORGE FOLEY, JR.
                                                              United States Magistrate Judge