# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILSON EARL LOVE,

        Plaintiff,

vs.

STATE OF NEVADA,

        Defendant.

Case No. 2:15-cv-01306-APG-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Show Cause or Summary Judgment (ECF No. 40), filed on April 7, 2017.

On March 13, 2017, the Court denied Plaintiff's Motions to Amend (ECF No. 26, 28). The Court dismissed Plaintiff's Amended Complaint (ECF No. 20) without prejudice and instructed the Clerk of the Court to close this case. *See* ECF No. 36. On March 14, 2017, the Clerk of the Court entered judgment. *See* ECF No. 37. Plaintiff requests that the Court show cause or summary judgment pursuant to an order previously issued by the Court in February 2017 concerning Stewart L. Bell and the State of Nevada. *See* ECF No. 40. Plaintiff's request is unclear. The Clerk of Court entered judgment and this case is now closed. As such, there is no pending dispute. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Show Cause or Summary Judgment (ECF No. 40) is **denied**.

DATED this 18th day of April, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge